1  Laura E. Krank
   Attorney at Law: 220208
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: Laura.Krank@rksslaw.com
5
   Attorneys for Plaintiff
6  Cindy L Black

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| CINDY L BLACK, | Case No.: SACV 12-1886-ODW (FFM) |
| Plaintiff, | {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

   Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

   IT IS ORDERED that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

   DATE: June 5, 2014

                   /S/ FREDERICK F. MUMM
                   THE HONORABLE FREDERICK F. MUMM
                   UNITED STATES MAGISTRATE JUDGE

-1-